# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

**Civil Action No. 13CV32650**

BLUE SKY CONDOMINIUMS HOMEOWNERS' ASSOCIATION, INC.

    Plaintiffs,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.

## NOTICE OF REMOVAL

TO:    CHIEF JUDGE AND JUDGES OF THE
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO

ON NOTICE TO:

    Clerk
    District Court, City and County of Denver
    1437 Bannock Street, Room 256
    Denver, CO 80202

    Bradley A. Levin, Esq., Reg. 13095
    Jeremy A. Sitcoff, Esq., Reg. 29393
    Roberts Levin Rosenberg PC
    1660 Wynkoop Street, Suite 800
    Denver, CO 80202
    Phone: (303) 575-9390
    Fax:   (303) 575-9385
    bal@robertslevin.com
    jas@robertslevin.com

    PLEASE TAKE NOTICE that Defendant Lexington Insurance Company ("Lexington" or "Defendant") hereby removes the above-captioned action from the District Court, City and

4844-4463-0804.

County of Denver, State of Colorado to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, as amended.

In support of this Notice of Removal, Defendant states:

1. On June 12, 2013, Plaintiff Blue Sky Condominium Homeowners' Association, Inc. ("Blue Sky" or "Plaintiff") filed a lawsuit in the District Court, City and County of Denver, State of Colorado (the "State-Court Action"). (A true copy of the Complaint is attached as Exhibit A).

2. Upon information and belief, Plaintiff Blue Sky is a Colorado Homeowners' Association, maintaining its principal place of business in Erie, Colorado.

3. Lexington is a corporation organized under the laws of the State of Delaware, with its principal place of business in Boston, Massachusetts.

4. Upon information and belief as it appears from the allegations contained in Plaintiff's Complaint, the amount in controversy in dispute in this case is in excess of $75,000, exclusive of interests and costs.

5. The United States District Court for the District of Colorado has original jurisdiction over the State-Court Action pursuant to 28 U.S.C. § 1332 because it arises between citizens of different states and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

6. Lexington first received a copy of the initial pleading in the State-Court Action, through service or otherwise, no earlier than June 13, 2013.

7. As of this date, Lexington has not filed a responsive pleading in the State-Court Action, and no other proceedings have transpired in that action.

4844-4463-0804.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action has been given simultaneously to Plaintiff's counsel, and a Notice of Filing of Notice of Removal is simultaneously being filed with the District Court, City and County of Denver, State of Colorado. (A true copy of the Notice of Filing Notice of Removal is attached as Exhibit B).

9. The State-Court Action names only Lexington as defendant. No other defendant must consent to the removal of this action.

WHEREFORE, Defendant Lexington Insurance Company respectfully requests that this Court remove the State-Court Action from the District Court, City and County of Denver, State of Colorado to the United States District Court for the District of Colorado, and that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

/s Maxine Martin
Maxine Martin
msmartin@pattonboggs.com
PATTON BOGGS LLP
1801 California Street, Suite 4900
Denver, Colorado 80202
P: 303-830-1776
F: 303-894-9239
Attorneys for Defendant
Lexington Insurance Company

Dated: July 12, 2013

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice of Removal as well as a Notice of Filing Notice of Removal, pursuant to 28 U.S.C. § 1446, have been served by Federal Express overnight mail on this 12th Day of July 2013 upon the following:

    Clerk
    District Court, City and County of Denver
    1437 Bannock Street, Room 256
    Denver, CO 80202

    Bradley A. Levin, Esq.
    Jeremy A. Sitcoff, Esq.
    Roberts Levin Rosenberg PC
    1660 Wynkoop Street, Suite 800
    Denver, CO 80202
    Phone: (303) 575-9390
    Fax:   (303) 575-9385
    bal@robertslevin.com
    jas@robertslevin.com

                                                /s Maxine Martin
                                              Maxine Martin