IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01858-RM-KLM

BLUE SKY CONDOMINIUMS HOMEOWNERS' ASSOCIATIONS, INC.,

    Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Second Unopposed Motion for Extension of Time to Serve Responses to Defendant's Request for Production of Documents and Interrogatories** [#38] and on Plaintiff's **Unopposed Motion to Amend Scheduling Order** [#39] (collectively, the "Motions").

IT IS HEREBY **ORDERED** that the Motions [#38, #39] are **GRANTED**. Plaintiff shall respond to Defendant's Request for Production of Documents and Interrogatories **on or before April 14, 2014**. The Scheduling Order [#25] is amended to extend the following deadlines:

| | |
|---|---|
| • Affirmative Expert Disclosure Deadline | **July 2, 2014** |
| • Rebuttal Expert Disclosure Deadline | **August 4, 2014** |
| • Discovery Deadline | **August 15, 2014** |
| • Dispositive Motions Deadline | **September 2, 2014** |

Dated: April 2, 2014