IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01858-RM-KLM

BLUE SKY CONDOMINIUMS HOMEOWNERS' ASSOCIATION, INC.,

   Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

   Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Second Unopposed Motion to Amend Scheduling Order** [#42] and on Plaintiff's **Third Unopposed Motion for Extension of Time to Serve Responses to Defendant's Requests for Production of Documents and Interrogatories** [#43] (collectively, the "Motions").

   IT IS HEREBY **ORDERED** that the Motions [#42, #43] are **GRANTED**. Plaintiff shall respond to Defendant's Request for Production of Documents and Interrogatories **on or before April 28, 2014**. Further, the Scheduling Order [#25] is amended to extend the following deadlines:

   • Affirmative Expert Disclosure Deadline   **July 16, 2014**
   • Rebuttal Expert Disclosure Deadline   **August 18, 2014**
   • Discovery Deadline   **August 29, 2014**
   • Dispositive Motions Deadline   **September 15, 2014**

   Dated: April 17, 2014