**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 13-cv-01858–RM–KLM

BLUE SKY CONDOMINIUMS HOMEOWNERS' ASSOCIATION, INC.,

     Plaintiff,

v.

LEXINGTON INSURANCE COMPANY,

     Defendant.

_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulated for Dismissal With Prejudice (ECF NO. 58) signed by the

attorneys for the parties hereto, it is

ORDERED that this action is dismissed with prejudice, each party to pay its own costs

and attorney's fees, except as the parties have specifically agreed among themselves.

DATED at Denver, Colorado, this 21st day of November, 2014.

                         BY THE COURT:

                         _____

                         RAYMOND P. MOORE
                         United States District Court Judge